PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kimberly Holland

Cr.: 07-CR-00156-001
PACTS Number: 41995

Name of Sentencing Judicial Officer:  Honorable Dora L. Irizzary, U.S. District Court Judge (EDNY)

Transferred Jurisdiction to Judicial Officer:  Honorable Katharine S. Hayden, U.S. District Court Judge

Date of Original Sentence:  01/12/07

Original Offense:  Importation of Heroin

Original Sentence:  60 months probation

Type of Supervision: Probation                                   Date Supervision Commenced: 01/12/07

### PETITIONING THE COURT

[  ]     To extend the term of supervision for          Years, for a total term of          Years.
[X]     To modify the conditions of supervision as follows.  The addition of the following special condition(s):

> You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office.  You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court.  You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse.  The Probation Officer shall supervise your compliance with this condition.

### CAUSE

On June 18, 2010,  the offender tested positive for the use of marijuana.

Respectfully submitted,

By:  Elisa Martinez
U.S. Probation Officer
Date:  07/06/10

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

7/14/10
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

Witness: _____           Signed: _____
U.S. Probation Officer                                  Probationer or Supervised Releasee
Elisa Martinez                                          Kimberly Holland

_____
DATE